IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>KNIGHTO, LLC d/b/a KNIGHT SOLUTIONS; KNIGHT, LLC d/b/a KNIGHT SOLUTIONS CONSTRUCTION; and KMC SOLUTIONS, LLC,<br><br>             Defendants. | Civil Action No. 1:17-cv-1412-LO-IDD |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and among plaintiff Zurich American Insurance Company ("ZAIC"), and defendants Knighto, LLC d/b/a Knight Solutions, Knight, LLC d/b/a Knight Solutions Construction, and KMC Solutions, LLC (collectively "Defendants") (all collectively as the "Parties") as follows:

(1)    the Parties have reached a settlement that has been memorialized in a Settlement and Release Agreement with Stipulated Final Judgment (the "Agreement");

(2)    the Parties agree that the United States District Court for the Eastern District of Virginia shall retain jurisdiction to enforce the terms of the Agreement;

(3)    the Agreement provides, *inter ali*, that in the event of an uncured Default (as defined in the Agreement), ZAIC has the right to file a Stipulated Final Judgment (as defined in the Agreement); and

(4)    as a result of the potential for a Default, the potential for the filing of a Stipulated Final Judgment and then judgment and enforcement proceedings, this action shall be

dismissed without prejudice pursuant to F.R.Civ.P. 41(a)(2).

| | |
|---|---|
| Zurich American Insurance Company,<br>By its Attorneys, | Knighto, LLC d/b/a Knight Solutions, Knight, LLC d/b/a Knight Solutions Construction, and KMC Solutions, LLC<br>By their President and CEO, |
| /s/ Stuart D. Roberts<br>Stuart D. Roberts, Virginia Bar # 41845<br>2001 Park Place North, Suite 1500<br>Birmingham, Alabama 35203<br>T: (205) 719.0400<br>F: (205) 719.0500<br>sroberts@bressler.com | /s/ Kevin L. Knight<br>Kevin L. Knight<br>208 South King St., Suite 104<br>Leesburg, Virginia 20175<br>T: (703) 779-0900<br>kknight@knightfirst.com |

**APPROVED and SO ORDERED**, this _____ day of _____, 2018.

The Court shall retain jurisdiction over the mater for purposes described above and to adjudicate any dispute that might arise over the Agreement.

_____
Liam O'Grady
United States District Judge